UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

ISATOU CEESAY,

Petitioner,

-against-

MARKWAYNE MULLINS,

Respondent.

---------------------------------------------------------X

26-CV-8273 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On September 25, 2026, I held an initial case conference with the parties. Accordingly, I hereby ORDER the Petitioner to be produced for the October 7, 2026 hearing. The parties are directed to file a letter no later than October 5, 2026 if they anticipate any issues with Petitioner's appearance at the hearing.

SO ORDERED.

Dated: September 29, 2026
New York, New York

Vernon S. Broderick
United States District Judge