**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ISATOU CEESAY,

Petitioner,

26 **CIVIL** 08273 (VSB)

-against-

**JUDGMENT**

MARKWAYNE MULLINS,

Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 1 2026, the Petition is GRANTED.

**DATED:** New York, New York

October 6, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**